

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

In the interest of M.H., A.H.,
and D.W.H., III, children,

Vs. No. 11-14-00020-CV

\* From the 50th District
  Court of Baylor County,
  Trial Court No. 10,841.

\* July 10, 2014

\* Memorandum Opinion by Willson, J.
  (Panel consists of: Wright, C.J.,
  Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is no error in the order below. Therefore, in accordance with this court's opinion, the order of the trial court is in all things affirmed.